```
                                          FILED
                                          December 15, 2008
          UNITED STATES DISTRICT COURT FOR THE
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA      CALIFORNIA
                                          DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | Case No. CR.S-08-0570-GEB |
| Plaintiff,       ) | |
| v.                              ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUAN GABRIEL ALVAREZ,           ) | |
| ) | |
| Defendant.       ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN GABRIEL ALVAREZ, Case No. CR.S-08-0570-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of: $

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) <u>Conditions as stated on the record and under the bond as previously posted in Cr.S-08-0392-GEB.</u>

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   12/15/08   at  2:72 pm

By _____
Edmund F. Brennan
United States Magistrate Judge