**FILED**
December 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,       )<br>  )<br>v.                                )<br>  )<br>JUAN GABRIEL ALVAREZ,    )<br>  )<br>           Defendant.      )  | Case No. CR.S-08-0570-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN GABRIEL ALVAREZ, Case No. CR.S-08-0570-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of: $

        _____    Unsecured Appearance Bond

        _____    Appearance Bond with Surety

        _X_    (Other) <u>Conditions as stated on the record and under the bond as previously posted in Cr.S-08-0392-GEB.</u>

        _____    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>12/15/08</u>  at  <u>2:72 pm</u>

By  */s/ Edmund F. Brennan*
Edmund F. Brennan
United States Magistrate Judge