LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-08-570-GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| | ) |
| MANUEL AGUILAR-GODINEZ, and | ) |
| JUAN GABRIEL ALVAREZ, | ) |
| | ) |
| Defendants. | ) Hon. Garland E. Burrell |

The parties request that the status conference currently set for May 15, 2009, be continued to June 5, 2009, and stipulate that the time beginning May 15, 2009, and extending through June 5, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

The parties are in the process of discussing and negotiating

1

1 the various plea offers in this case.  Each defendant will need
2 time to consider his or her offer in light of the discovery.  As
3 such, the attorneys for each defendant need more time to review
4 the discovery in this case, discuss that discovery with their
5 respective clients, consider new evidence that may affect the
6 disposition of this case, conduct necessary legal research and
7 investigation, and then discuss with their clients how to
8 proceed.  The parties stipulate and agree that the interests of
9 justice served by granting this continuance outweigh the best
10 interests of the public and the defendants in a speedy trial.  18
11 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: May 8, 2009              By:/s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney

Dated: May 8, 2009              By:/s/ Jamil Francisco Karwash
                                   JAMIL FRANCISCO KARWASH
                                   Attorney for defendant
                                   Manuel Aguilar-Godinez

Dated: May 8, 2009              By:/s/ Michael A. Brush
                                   MICHAEL A. BRUSH
                                   Attorney for defendant
                                   Juan Gabriel Alvarez

1 **<u>ORDER</u>**

2       For the reasons stated above, the status conference in
3 case number CR. S 08-570-GEB, currently set for May 15, 2009, is
4 continued to June 5, 2009; and the time beginning May 15, 2009,
5 and extending through June 5, 2009, is excluded from the
6 calculation of time under the Speedy Trial Act for effective
7 defense preparation.  The Court finds that interests of justice
8 served by granting this continuance outweigh the best interests
9 of the public and the defendants in a speedy trial.  18 U.S.C. §
10 3161(h)(8)(A) and (B)(iv).

11       IT IS SO ORDERED.
Dated:  June 1, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge