```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S 08-570-GEB |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) MANUEL AGUILAR-GODINEZ, and ) JUAN GABRIEL ALVAREZ, ) | |
| Defendants. ) | Hon. Garland E. Burrell |

The parties request that the status conference currently set for June 5, 2009, be continued to July 10, 2009, and stipulate that the time beginning June 5, 2009, and extending through July 10, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(ii),(iv); Local

1

Code T2 and T4.

Counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                         Respectfully Submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

Dated: June 2, 2009          By:/s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney

Dated: June 2, 2009          By:/s/ Jamil F. Karwash
                                          JAMIL F. KARWASH
                                          Attorney for defendant
                                          Manuel Aguilar-Godinez

Dated: June 2, 2009          By:/s/ Michael A. Brush
                                          MICHAEL A. BRUSH
                                          Attorney for defendant
                                          Juan Gabriel Alvarez

**<u>ORDER</u>**

The status conference in case number CR. S 08-570-GEB, currently set for June 5, 2009, is continued to July 10, 2009, and the time beginning June 5, 2009, and extending through July 10, 2009, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  June 5, 2009

GARLAND E. BURRELL, JR.
United States District Judge