THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Juan G. Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN GABRIEL ALVAREZ<br><br>　　　　　Defendant. | Case No.: 2:08-CR-00570-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date:　August 10, 2012<br>Time:　9:00 a.m.<br>Judge:　Hon. Garland E Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 20, 2012, at 9:00 a.m. is continued to August 10, 2012, at 9:00 a.m. in the same courtroom.  Mr. Johnson recently substituted into the case and needs additional time to prepare.  Michael M. Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 15, 2012　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Juan G. Alvarez

DATED: June 15, 2012　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　　Michael M. Beckwith
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1   **IT IS SO ORDERED.**

2   **Date:** <u>6/15/2012</u>

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge