THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Juan G. Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUAN GABRIEL ALVAREZ<br><br>　　　　　Defendant. | Case No.: 2:08-CR-00392-GEB and<br>　　　　　　2:08-CR-00570-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding the Judgment and Sentencing scheduled for September 14, 2012, at 9:00 a.m. is continued to October 19, 2012, at 9:00 a.m. in the same courtroom. Michael M. Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.  Mr. Johnson recently substituted into the case and needs additional time to prepare.  Additionally, Mr. Beckwith is currently in trial before the Honorable William B. Shubb.

**IT IS SO STIPULATED.**

DATED:  September 10, 2012　　　　　By:　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Juan G. Alvarez

1  DATED: September 10, 2012             BENJAMIN WAGNER
                                         United States Attorney

2                                   By:  /s/ Thomas A. Johnson for
3                                        Michael M. Beckwith
                                         Assistant United States Attorney

4  **IT IS SO ORDERED.**

5  **Date: 9/12/2012**

6
7  _____
   GARLAND E. BURRELL, JR.
8  Senior United States District Judge